Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant*
*Lending Club Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LCC; COMENITY CAPITAL BANK, N.A.; ILOAN, LLC; and LENDING CLUB BANK, N.A..,<br><br>    Defendants. | CASE NO. 2:23-cv-00514-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

The current deadline for Defendant Lending Club Bank, N.A. ("LCB") to respond to Plaintiff Gary Thompson's complaint is May 16, 2023. Defendant has requested, and Plaintiff has agreed, that LCB shall have up to and including May 30, 2023, to respond to Plaintiff's complaint, to provide time for LCB to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against LCB.

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

///

Dated: May 15, 2023

| | |
|---|---|
| BALLARD SPAHR LLP | FREEDOM LAW FIRM, LLC |
| By: /s/ Joel E. Tasca | By: /s/ Gerardo Avalos |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant Lending Club Bank, N.A.* | *Attorneys for Plaintiff Gary Thompson* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 16, 2023