GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY THOMPSON, | Case No. 2:23-cv-00514-CDS-EJY |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC; COMENITY CAPITAL BANK, N.A.; ILOAN, LLC; and LENDING CLUB BANK, N.A., | |
| | **SECOND REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 1, 2023 through and including **July 3, 2023**.  The request was made by Equifax so that the parties can have additional

1   time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in good

2   faith and not intended to cause delay.

3          Respectfully submitted, this 30th day of May, 2023.

4

5   CLARK HILL PLLC                                        <u>**No opposition**</u>

6   By: /s/Gia N. Marina                                    /s/Gerardo Avalos
    Gia N. Marina                                          George Haines, Esq.
7   Nevada Bar No. 15276                                   Nevada Bar No. 9411
    1700 South Pavilion Center Drive, Suite 500            Gerardo Avalos, Esq.
8   Las Vegas, Nevada  89135                               Nevada Bar No. 15171
    Telephone:  (702) 862-8300                             FREEDOM LAW GROUP
9   Facsimile:  (702) 778-9709                             8985 S. Eastern Ave., Suite 350
    Email: gmarina@clarkhill.com                           Henderson, NV 89123
10  *Attorney for Defendant Equifax Information*           Phone: (702) 880-5554
11  *Services LLC*                                         Fax: (702) 385-5518
                                                           Email: ghaines@freedomlegalteam.com
12                                                         Email: gavalos@freedomlegalteam.com

13                                                         *Attorneys for Plaintiff*

14

15

16  IT IS SO ORDERED:

17

18

19  _____
20  United States Magistrate Judge

21  DATED:  May 30, 2023

22

23

24

25

26

27

28